IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA HUTTER, | Civil Action No. |
| Plaintiffs, | 26-cv-00270 |
| v. | (Judge Stickman) |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through their undersigned attorney, hereby give notice of the voluntary dismissal, without prejudice, of all claims against Defendant(s):

| No. | Defendant |
|---|---|
| 2 | My-Door |
| 5 | FuFuDog |
| 13 | Gossibojjk-US |
| 15 | BDNXTV(8-15 days delivery) |
| 17 | SPRINGFUN |
| 21 | PINKUMA |
| 24 | Sonzjsportstore |
| 33 | B-zhilja |
| 34 | DaKing |
| 38 | Yisharuier |
| 39 | Wusikd |
| 45 | yfqy's shop |
| 46 | WELLDAY |
| 52 | Yangsa Home Textile |
| 55 | Li Ming Jue |
| 59 | Pamnest |
| 62 | CCZ Home |

| 63 | Young and luck |
|---|---|
| 64 | shengCY-US |
| 65 | zhoukoufumeishangmaoyouxiangongsi |
| 68 | shujinqiaoseddfs. |
| 76 | RUIJC-US |
| 78 | guangxinanninghaonuodianzishangwufuwuyouxiangongsi |
| 80 | wanzaixianzhaoyangfeibaihuodian |
| 81 | putianshichengxiangqutingyuxinbaihuoshanghang |
| 84 | zhoukoujiapengshangmaoyouxiangongsi |
| 88 | XianStyle |
| 93 | Moudou |
| 96 | VIKKO |
| 97 | ZZRZZR |
| 98 | KEEPREAL |
| 100 | GKM-GLOBAL |
| 101 | FJDENG |
| 102 | Hljlj-US |
| 106 | Moudeng |
| 107 | hldfc |
| 108 | dwjid |
| 109 | Darani store |
| 111 | JUMBEAR |
| 113 | Hefing |
| 115 | Zeename |
| 116 | HONGling |
| 117 | mybadgeholder |
| 120 | Skycess |
| 121 | Happy Shopping 9 |
| 123 | SHAOSHAN-june |
| 124 | prioritytop |
| 125 | kengsuishangmaoyouxiangongsi |
| 126 | wjmbhd |
| 127 | qing fan dian zi |
| 128 | Sacozy Home |
| 129 | pengping's shop |
| 130 | Yongdun99 |
| 132 | WEI RUN DIAN ZI SHANG MAO |
| 134 | Y B store |
| 135 | House KLL |

| | |
|---|---|
| 136 | CZXW |
| 137 | FLildon |
| 140 | YQJS |
| 141 | Facaiy |
| 147 | feihua's shop |
| 149 | MXGFT |
| 154 | Futterya |
| 157 | CerbonnyDirect |
| 163 | susiyo |
| 164 | Jieying |
| 168 | GUOHAN'S SHOP |
| 169 | Plushera-Art |
| 175 | WZWUS |
| 176 | panweiwei |
| 178 | US Xu |
| 180 | KANEPE |
| 181 | BenYaSong |
| 182 | YAODINGHUI |
| 183 | CHENGSHIYI |
| 185 | Jihqo |
| 192 | PYBUG |
| 193 | ZZCshop |
| 194 | WAAGOGO |
| 196 | dingchuang |
| 198 | Burbuja |
| 201 | KnguhPauaqan US |
| 204 | junzan |
| 205 | Joy World Store |
| 206 | PNYOIN |
| 207 | ihshop |
| 214 | Takiito |
| 215 | Armanity |
| 217 | LINSHOP1 |
| 218 | WTTING24 |
| 220 | CENXINL |
| 222 | JHGGFFDStore |
| 223 | Dpytoraw Clothing |
| 227 | XIYON |
| 228 | Hj Smple |

| 229 | Vividxx |
|-----|---------|
| 230 | tiantianfacai |
| 233 | Daily Clothing |
| 234 | WuLidianzi |
| 235 | WZtungb |
| 236 | Qiyuan Store |
| 238 | Liuixou |
| 239 | HWJ 2025 |
| 240 | Hifoo |
| 241 | Chic Wardrobe |
| 242 | newTgna |
| 243 | rtKFRfl |
| 244 | NeHeixna |
| 245 | Biysah |
| 247 | Hleathpo |
| 248 | Klmhd |
| 249 | ZHOGXU |
| 252 | YONG SHUO |
| 264 | Bangyibang Shop |
| 299 | VividNest |
| 301 | StitchMuse |
| 303 | A goodlooking carpet |
| 304 | Fangjun happy home |
| 309 | Innovative Rug Studio |
| 316 | CoolVibe |
| 323 | HandyCraft |

Each party to bear its own attorneys' fees, costs, and expenses. The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading. Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

Respectfully submitted,

Dated: April 8, 2026

/s/ Stanley D. Ference III
Stanley D. Ference III
Pa. ID No. 59899

- 5 -

courts@ferencelaw.com

FERENCE & ASSOCIATES LLC
409 Broad Street
Pittsburgh, Pennsylvania 15143
(412) 741-8400 – Telephone
(412) 741-9292 – Facsimile

Attorney for Plaintiff